UNITED STATES, Appellee

v

PHILLIP J. DILLARD, Private, U. S. Army, Appellant

20 USCMA 57, 42 CMR 249

No. 22,944

August 21, 1970

Colonel *Daniel T. Ghent,* Captain *Howard L. Kaplus,* and Captain *Stewart Pettet Davis* were on the pleadings for Appellant, Accused.

Colonel *David T. Bryant,* Major *Edwin P. Wasinger,* and Captain *Charles T. Frew* were on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

In December 1969 this appellant was tried and convicted by a general court-martial at Fort Riley, Kansas, for various offenses, all committed during the months of September and October 1969. After findings, evidence of Article 15 punishment was admitted as Prosecution Exhibits 3 and 4. Dillard's Enlisted Qualification Record (DA Form 20) was introduced in evidence as Prosecution Exhibit 5. A question now arises as to the admissibility of these exhibits.

Use of such evidence is permitted under the provisions of paragraph 75d, Manual for Courts-Martial, United States, 1969 (Revised edition), effective August 1, 1969. Accordingly, in this case Prosecution Exhibits 3, 4 and 5 were admissible. United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970); United States v Wheat, 19 USCMA 491, 42 CMR 93 (1970); United States v Derrell D. Smith, 19 USCMA 491, 42 CMR 93 (1970); and United States v Montgomery, 20 USCMA 35, 42 CMR 227 (1970).

The decision of the Court of Military Review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge (concurring):

I concur because this has become the law of this Court. See my dissent in United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970).